APRIL 13, 1976

PEOPLE v CHAMBLIS. (Docket No. 56978.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Ronald P. Weitzman,* Assistant Prosecuting Attorney, for the people, appellant. Reported at 395 Mich 408.

PEOPLE v ORA JONES. (Docket No. 54801.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Ronald P. Weitzman,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 395 Mich 379.

PEOPLE v LOVETT. (Docket No. 57413.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Ronald P. Weitzman,* Assistant Prosecuting Attorney, for the people, appellant. *M. Arthur Arduin* and *Carl Ziemba* for defendant-appellee. Reported at 396 Mich 101.

STANLEY v HINCHLIFFE & KENNER. (Docket No. 56033.) Rehearing denied. *Kelman, Loria, Downing, Schneider & Simpson* for plaintiff-appellee. Reported at 395 Mich 645.

PEOPLE v HURST. (Docket No. 54929.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William F. Delhey,* Prosecuting Attorney, and *Lynwood E. Noah,* Senior Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 396 Mich 1.

NICHOLES v LORENZ. (Docket No. 55250.) Rehearing denied. *James M. Catchick* and *Robert A. Benson* for plaintiff-appellant. *Linsey, Strain & Worsfold, P. C.,* for defendant-appellee. Reported at 396 Mich 53.